MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

CYNTHIA FREY (DCBN 475889)
STEPHEN MEYER (CABN 263954)
AMIE D. ROONEY (CABN 215324)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5032
   Fax:  (408) 535-5081
   E-Mail:  Cynthia.Frey@usdoj.gov
         Stephen.Meyer@usdoj.gov
         Amie.Rooney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 11-00355 DLJ |
| v. | SECOND STIPULATION AND [] PROTECTIVE ORDER REGARDING DISCOVERY MATERIALS |
| MIGUEL MIRANDA, et al., | |
| Defendants. | |

With the agreement of the parties and defendant's consent, the Court enters the following Order.

The defendants are charged in a Second Superseding Indictment with violations of: Title 18, United States Code, Section 1962(d) – Racketeering Conspiracy; Title 18, United States Code, Section 1959(a)(5) – Conspiracy to Commit Murder in Aid of Racketeering; Title 18, United States Code, Section 1959(a)(6) – Conspiracy to Commit Assault with a Deadly Weapon in Aid of Racketeering; Title 18, United States Code, Section 924(c)(1)(A) and 2 - Use/Possession of Firearm in Furtherance of Crime of Violence;  Title 18, United States Code, Section 1959(a)(1) and 2 - Murder in Aid of

Racketeering; Title 18, United States Code, Section 1959(a)(5) and 2 - Attempted Murder in Aid of Racketeering; Title 18, United States Code, Section 1959(a)(3) and 2 - Assault with a Dangerous Weapon in Aid of Racketeering; Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii) – Conspiracy to Distribute Methamphetamine; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) – Possession with Intent to Distribute and Distribution of 50 Grams or More of Methamphetamine; Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii) – Possession with Intent to Distribute and Distribution of 5 Grams or More Methamphetamine; Title 18, United States Code, Section 924(c)(1)(A) and 2 - Use/Possession of Firearm in Furtherance of a Drug Trafficking Crime; Title 18, United States Code, Section 922(g)(1) – Felon in Possession of a Firearm and Ammunition; Title 18, United States Code, Section 922(k) – Possession of a Firearm with Serial Number Removed.  Per the defendants' requests, the United States will produce documents and audio and video recordings pertaining to the defendants and the charged racketeering, conspiracies, murder, attempted murders, assaults, drug and gun transactions (hereinafter, the "DISCOVERY MATERIALS") to defense counsel, in lieu of making those DISCOVERY MATERIALS available for review only.  Any such materials are deemed produced pursuant to the following restrictions:

      1.    Except when actively being examined for the purpose of the preparation of the defense of defendant, the DISCOVERY MATERIALS shall be maintained in a locked, safe, and secure drawer, cabinet, room or safe or secure electronic device (e.g., computer, memory stick), which is accessible only to defense counsel, members of his or her law firm who are working with him or her to prepare defendant's defense, and his or her investigator(s).  Defense counsel, members of his or her law firm, defendant, and the investigator(s) shall not permit any person access of any kind to the DISCOVERY MATERIALS except as set forth below.

      2.    The following individuals may examine the DISCOVERY MATERIALS for the sole purpose of preparing the defense of defendant and for no other purpose:

          a)    counsel for defendant;

          b)    members of defense counsel's law office who are assisting with the preparation of defendant's defense;

SECOND PROTECTIVE ORDER
CR 11-00355 DLJ                2

      c)    defendant, but only in the presence of defense counsel or another authorized person listed in this paragraph (defendant may not take or maintain the DISCOVERY MATERIALS or copies thereof); and

      d)    investigators and/or experts retained by defendant to assist in the defense of this matter.

If defense counsel determines that additional persons are needed to review the DISCOVERY MATERIALS, he or she must obtain a further order of the Court before allowing any other individual to review the materials.

3. A copy of this Order shall be maintained with the DISCOVERY MATERIALS at all times.

4. All individuals other than defense counsel and defendant who receive access to the DISCOVERY MATERIALS, <u>prior to receiving access to the materials</u>, shall sign a copy of this Order acknowledging that:

      a)    they have reviewed the Order;

      b)    they understand its contents;

      c)    they agree that they will only access the DISCOVERY MATERIALS for the purposes of preparing a defense for defendant; and

      d)    they understand that failure to abide by this Order may result in sanctions by this Court.

Counsel for defendant shall either: (1) send signed copies of the Order to counsel for the United States; or (2) file signed copies of the Order, ex parte and under seal. The United States shall have no access to the signed copies filed under seal without further order of the Court.

5. No other person shall be allowed to examine the DISCOVERY MATERIALS without further order of the Court. Examination of the DISCOVERY MATERIALS shall be done in a secure environment which will not expose the materials to other individuals not listed above.

6. The DISCOVERY MATERIALS may be duplicated to the extent necessary to prepare the defense of this matter. Any duplicates will be treated as originals in accordance with this Order.

7. If the DISCOVERY MATERIALS are attached to any pleadings or other court submissions, the DISCOVERY MATERIALS and any pleadings or submissions referencing those materials shall be filed or lodged under seal.

8. The defense team shall return the DISCOVERY MATERIALS (and any duplicate copies of the same) to the United States fourteen calendar days after any one of the following events, whichever is latest in time, occurs: dismissal of all charges against defendant; defendant's acquittal by court or jury; or the conclusion of any direct appeal.

9. After the conclusion of proceedings in the district court or any direct appeal in the above-captioned case, the United States will maintain a copy of the DISCOVERY MATERIALS. The United States will maintain the DISCOVERY MATERIALS until the time period for filing a motion pursuant to 28 U.S.C. § 2255 has expired. After the statutory time period for filing such a motion has expired, the United States may destroy the DISCOVERY MATERIALS. In the event defendant is represented by counsel and files a motion pursuant to 28 U.S.C. § 2255, the United States will provide that counsel with a copy of the DISCOVERY MATERIALS under the same restrictions as trial and direct appeal defense counsel. Defendant's attorney in any action under 28 U.S.C. § 2255 shall return the same materials fourteen calendar days after the district court's ruling on the motion or fourteen calendar days after the conclusion of any direct appeal of the district court's denial of the motion, whichever is later.

MELINDA HAAG
United States Attorney

Dated: April 17, 2014

/s/
CYNTHIA FREY
STEPHEN MEYER
AMIE D. ROONEY
Assistant United States Attorneys

Dated: April 17, 2014

/s/
THOMAS J. FERRITO
Counsel for defendant MIGUEL MIRANDA

| | | |
|---|---|---|
| 1 | Dated: April 17, 2014 | /s/ |
| 2 | | MICHAEL HINKLEY |
| | | Counsel for defendant JESSE AGUILAR |

Dated: April 17, 2014                               /s/
                                                    W. MICHAEL WHELAN
                                                    Counsel for defendant FRANCISCO FONSECA

Dated: April 17, 2014                               /s/
                                                    FRANK BELL
                                                    Counsel for defendant JORGE CISNEROS

Dated: April 17, 2014                               /s/
                                                    ROBERT CAREY
                                                    Counsel for defendant DANIEL CORTEZ

Dated: April 17, 2014                               /s/
                                                    JAMES M. THOMPSON
                                                    Counsel for defendant JOSE DAVID SANCHEZ

Dated: April 17, 2014                               /s/
                                                    KENNETH H. WINE
                                                    Counsel for defendant JUAN CHAVEZ

Dated: April 17, 2014                               /s/
                                                    GRAHAM E. ARCHER
                                                    Counsel for defendant MARCOS LOMELI

Dated: April 17, 2014                               /s/
                                                    JACK GORDON
                                                    Counsel for defendant JESSE PARRA

Dated: April 17, 2014                               /s/
                                                    HUGH LEVINE
                                                    Counsel for defendant ANDY LAMB LOPEZ

Dated: April 17, 2014

            /s/
ALLEN SCHWARTZ
Counsel for defendant JOSE ANGEL MORENO

Dated: April 17, 2014

            /s/
MICHELLE SPENCER
Counsel for defendant FERNANDO CRUZ

Dated: April 17, 2014

            /s/
RICHARD POINTER
Counsel for defendant JESUS ARMENDARIZ

Dated: April 17, 2014

            /s/
ALFREDO MORALES
Counsel for defendant FELIX CRISTOBAL

Dated: April 17, 2014

            /s/
PETER LEEMING
Counsel for defendant MARIO GUERRERO

Dated: April 17, 2014

            /s/
MICHAEL STEPANIAN
Counsel for defendant RAFAEL MARISCAL
                     CAMBEROS

Dated: April 17, 2014

            /s/
ADAM PENNELLA
Counsel for defendant MARIO CARDENAS

IT IS SO ORDERED that disclosure of the above-described materials shall be restricted as set forth above.

DATED: Oc{'" Fl ___, 2014

HONORABLE D. LOWELL JENSEN
United States District Judge

SECOND PROTECTIVE ORDER
CR 11-00355 DLJ          6